474 A.2d 675

Commonwealth v. Peek, Appellant.

Submitted November 28, 1983. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

602

Before WICKERSHAM, MONTEMURO and MONTGOM-ERY, JJ.

The order of the lower court is hereby affirmed.